United States District Court
Southern District of Texas
**ENTERED**
February 09, 2023
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| JIM SNODDY, individually and on behalf of all others similarly situated,<br><br>vs.<br><br>PROFESSIONAL DIRECTIONAL ENTERPRISES, INC. | DOCKET NO. 4:22-CV-01935<br><br>JURY TRIAL DEMANDED<br><br>COLLECTIVE & CLASS ACTION |

**JOINT STIPULATION AND PROPOSED ORDER**
**REGARDING NOTICE TO POTENTIAL COLLECTIVE MEMBERS**

Plaintiff Jim Snoddy ("Snoddy" or "Plaintiff"), individually and on behalf of those similarly situated, and Defendant Professional Directional Enterprises, Inc. ("ProDirectional" or "Defendant") request the Court approve this Joint Stipulation Regarding Notice to Potential Collective Members and enter the attached Proposed Order.

1. In the interest of judicial economy and by agreement of the Parties as stated herein, Snoddy and ProDirectional stipulate to certify, on a conditional basis, this case as a collective action under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §216(b). Specifically, the Parties agree to conditionally certify a collective consisting of:

> **All current or former directional drillers of ProDirectional who were paid a purported salary and a day rate during the last three years and assigned to the Midland, Texas District.**

2. Nothing in this Stipulation shall be interpreted as limiting, waiving, or modifying any of the Parties' claims and/or defenses. This Stipulation is not an admission, concession, or acknowledgment as to any underlying substantive issue in this controversy or as to whether Snoddy and the Putative Collective Members are "similarly situated" under 29 U.S.C. § 216(b) such that this case is appropriate for collective action treatment or trial on a representative basis. ProDirectional is not waiving, and instead expressly preserves, its right to later move for decertification of the class.

3. The Parties further stipulate that the Notice and Consent Forms and the Text and Email Scripts that are attached as Exhibit 1 shall be used for purposes of informing the Putative Collective Action Members of this lawsuit and their right to participate.

4. The Parties further stipulate that the Putative Collective Actions Members shall have sixty (60) days from the date of initial mailing, e-mailing, and texting of the Notice (all of which shall be accomplished on the same day) to file their Consent opting into this lawsuit as plaintiffs. Putative Collective Action Members who file their Consents after the deadline may join this case only by consent of all Parties or by Court order upon good cause shown.

5. The Parties further stipulate to conform to the following Notice Timeline:

| DEADLINE | SUBJECT |
|---|---|
| **Within 30 Days of Court Signing the Stipulation** | ProDirectional shall provide Plaintiff with the names of the workers who make up the Putative Collective Action Members, including the last known addresses, personal email addresses, and mobile phone numbers (if known). |
| **Within 21 Days from Receiving Names & Contact Information of Putative Collective Action Members** | Plaintiff's Counsel shall send the Court approved Notice and Consent Form to the Putative Collective Action Members via First Class U.S. mail, e-mail, and text message. The mailed, emailed, and text messaged Notice and Consent Form shall be sent on the same day, and Plaintiff's Counsel shall advise Defendant's counsel of the date of distribution promptly after distribution occurs. |
| **60 Days from Date Notice is First Mailed to Putative Collective Action Members** | The Putative Collective Action Members shall have 60 days to return their signed Consent forms to Plaintiff's Counsel for filing with the Court. Plaintiff's counsel shall date stamp any returned Consents on the day they are received in Plaintiff's Counsel's office ("received date") and retain any envelope or other document showing the date the Consent form was postmarked, faxed, and submitted electronically. Within 3 business days of receipt, Plaintiff's Counsel shall email a copy of any consent received to Defendant's counsel. Any consent signed electronically will include information supporting the signature that is adequate to identify the date and time of signing along with the IP address from which the signature is applied. Plaintiff's Counsel will provide such supporting information to Defendant's counsel along |

| DEADLINE | SUBJECT |
|---|---|
| | with any electronically signed consent.<br><br>Within 3 business days after the close of the opt-in period, Plaintiff's Counsel will file the Consent forms with the Court, stating the received date for each individual on the Notice of Filing. For statute of limitations purposes, the date a Consent form is received by Plaintiff's Counsel will be the date the Consent form is considered to be filed with the Court. |
| **30 Days from Date Notice is Mailed to Putative Collective Action Members** | Plaintiff's Counsel is authorized to send a second identical copy of the Notice and Consent forms to any Putative Collective Action Members who has not yet returned a Consent via First Class U.S. mail and e-mail. Plaintiff's Counsel will not send such second copy to any Putative Collective Action Member who has communicated to Plaintiff's Counsel that he or she does not wish to be contacted further regarding this action.<br><br>For any Putative Collective Action Members whose mailed or e-mailed Notice and Consent Forms are returned as undeliverable, Plaintiff's Counsel is authorized to follow up with said Putative Collective Action Members with one phone call to obtain an updated postal address and/or email address to ensure receipt of the Notice. Other than as authorized, no other contact will be initiated to the Putative Collection Action Members. Plaintiff's counsel will adhere to the Parties' agreed upon script as made part of Exhibit 1. |

6. The Parties will work together to exchange information during and following the opt-in period related to potential liability assessments to prepare for mediation. The Parties do not anticipate the need for formal discovery as to ProDirectional at this time.

SIGNED on this 9th day of February, 2023.

George C. Hanks Jr.

UNITED STATES DISTRICT JUDGE

*Agreed to by all Parties:*

February 9, 2023

*/s/ Alyssa J. White*
Michael Josephson
Texas Bar No. 24014780
Andrew Dunlap
Texas Bar No. 24078444
Alyssa J. White
Texas Bar No. 24073014
Josephson Dunlap Law Firm
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
mjosephson@mybackwages.com
adunlap@mybackwages.com
awhite@mybackwages.com

**AND**

Richard J. (Rex) Burch
Texas Bar No. 24001807
Bruckner Burch PLLC
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
713-877-8788 – Telephone
713-877-8065 – Facsimile
rburch@brucknerburch.com

*Counsel for Plaintiff*

*/s/ Corey E. Devine*
Corey E. Devine
Attorney-in-Charge
State Bar No. 24055399
SDTX Bar No. 705063
cdevine@m2dlaw.com
Mariah O. Berry
State Bar No. 24109643
SDTX Bar No. 3424674
mberry@m2dlaw.com
1201 Louisiana Street, Suite 850
Houston, Texas 77002
Telephone: 713-987-7850
Facsimile: 713-987-7854

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

This pleading was served on all counsel of record via the Court's CM/ECF service in compliance with Rule 5 of the Federal Rules of Civil Procedure on February 9, 2023.

*/s/ Alyssa J. White*
Alyssa J. White

**THIS IS A COURT-AUTHORIZED NOTICE**
*****THIS IS NOT AN ADVERTISEMENT FROM A LAWYER*****

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| JIM SNODDY, individually and on behalf of all others similarly situated,<br><br>vs.<br><br>PROFESSIONAL DIRECTIONAL ENTERPRISES, INC. | DOCKET NO. 4:22-CV-01935<br><br>JURY TRIAL DEMANDED<br><br>COLLECTIVE & CLASS ACTION |

## NOTICE OF UNPAID OVERTIME LAWSUIT

TO: **All current or former directional drillers of ProDirectional who were paid a purported salary and a day rate during the last three years and assigned to the Midland, Texas District (the "Putative Collective Members").**

RE: Collective action lawsuit seeking unpaid overtime, back wages, and other damages.

**DEADLINE TO RETURN CONSENT FORM: <<60 days from mailing>>**

## 1. Why Are You Getting This Notice?

A collective action lawsuit was filed on behalf of directional drillers who were paid a salary and day rate and classified as exempt while working for Professional Directional Enterprises ("ProDirectional") and were not paid overtime for hours worked over 40 in a week. The lawsuit alleges ProDirectional violated a federal law known as the Fair Labor Standards Act (FLSA). The case is styled *Snoddy v. Professional Directional Enterprises, Inc.*. No. 1:22-CV-096-LPS (S.D. Tex. January 25, 2022). ProDirectional records identified you as a potential class member.

The Court has not made any decisions about this case, and ProDirectional denies the claims alleged. The Court authorized this notice to go out to advise you of how your rights under the FLSA will be affected by this lawsuit and describe how you can participate in this collective action. By returning a Consent to Join Lawsuit Form, you can join this lawsuit, and try to recover damages under federal law.

## 2. What Is This Lawsuit About?

Jim Snoddy (Plaintiff), a former ProDirectional employee, filed this collective action lawsuit alleging ProDirectional violated the FLSA by misclassifying its directional drillers as exempt and not paying them overtime compensation for hours worked over 40 hours in a single workweek. FLSA, 29 U.S.C. § 201, *et seq.*

Plaintiff contends ProDirectional misclassified the Putative Class Members as "exempt" and paid

them a salary and day rate to avoid the overtime requirements of the FLSA. Plaintiff alleges ProDirectional owe the Putative Class Members back wages in the form of unpaid overtime, additional liquidated damages equal to the amount of unpaid overtime, attorneys' fees, and costs.

Defendant denies that it classified and/or paid any directional driller incorrectly under the law and denies that Mr. Snoddy and other directional drillers are entitled to any additional compensation.

The Court has not ruled which party will prevail in this lawsuit, but has ordered this notice be sent to you to inform you of your legal rights and ability to make a claim for unpaid overtime wages.

## 3. What Are Your Options?

If you want to join this lawsuit for unpaid overtime wages, you may read, sign, and return the attached Consent to Join Lawsuit Form by **«60 days from date of mailing»**. You may return your Consent to Join Lawsuit Form by filling out the attached form and returning it by mail, email, or fax to:

**Overtime Lawsuit Against ProDirectional Enterprises**
**JOSEPHSON DUNLAP, LLP**
**11 Greenway Plaza, Suite 3050**
**Houston, Texas 77046**
**Telephone: 713-352-1100 · Fax: (713) 352-3300**
**E-mail: info@mybackwages.com**

If you do not wish to be a part of the collective action lawsuit, you do not need to do anything. The decision to join is entirely yours. You may also hire an attorney of your choice.

You should **not** contact the Court regarding this matter.

## 4. Effect Of Making A Claim For Unpaid Overtime Wages.

If you return a Consent to Join Lawsuit form, you will join the other Putative Collective Members who worked for ProDirectional and have already joined the lawsuit. As a plaintiff, you may be required to participate in discovery in the case, such as by providing information or documents to ProDirectional or having your deposition taken. If the plaintiffs win or the case settles, you may be entitled to receive payment for unpaid overtime and other damages. If this case is not successful, you will receive nothing and you will not be responsible for any of case costs, expenses, or attorneys' fees. If you do not wish to be a part of the collective action lawsuit, you do not need to do anything.

**Because the FLSA only allows workers to recover up to the past three years of back wages, eligible workers who do not return a Consent to Join Lawsuit Form may lose their rights to recover overtime for work performed in the past for ProDirectional unless they bring a new, separate case.**

## 5. Blackballing and Retaliation Are Prohibited

Federal law prohibits anyone from firing or discriminating against you because you decide to join, or not join, this case. These laws forbid ProDirectional from retaliating against you for participating in this lawsuit.

If you suspect any retaliation from ProDirectional or your current employer for participating in this lawsuit, please immediately call the attorneys listed below.

## 6. Your Legal Representation If You Join.

If you choose to join this collective action lawsuit, your attorneys will be Michael Josephson, Andrew Dunlap, and Alyssa White of the law firm JOSEPHSON DUNLAP, LLP, and Richard J. ("Rex") Burch of the law firm BRUCKNER BURCH PLLC. Their contact information is listed below.

## 7. How Can You Receive More Information?

If you have any questions about the collective action or your legal rights, you should contact counsel directly at:

Michael A. Josephson
Andrew W. Dunlap
Alyssa J. White
**JOSEPHSON DUNLAP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
Telephone: 713-352-1100
Fax: (713) 352-3300
E-mail: info@mybackwages.com

Richard J. ("Rex") Burch
**BRUCKNER BURCH PLLC**
8 Greenway Plaza, Ste. 1500
Houston, Texas 77046
Phone: 713.877.8788
Fax: 713.877.8065
Email: frontdesk@brucknerburch.com

## 8. You Have Sixty (60) Days to Join this Lawsuit.

Your determination of whether or not to take action should be made promptly. Because the law only allows a person to recover up to 3 years of back wages from the date the Consent to Join Lawsuit Form is filed, time is of the essence in submitting this form. All consent forms must be received no later than **«60 days from date of mailing»,** which is 60 days after this Notice was mailed to you. A Consent to Join Lawsuit Form is enclosed with a self-addressed stamped envelope. If your Consent to Join Lawsuit Form is not timely received, you may not be permitted to participate in the lawsuit as a plaintiff.

**CONSENT TO JOIN LAWSUIT AGAINST**
**PROFESSIONAL DIRECTIONAL ENTERPRISES**

Printed Name: ____________________________________________

1. I hereby consent join the collective action lawsuit *Snoddy v. Professional Directional* to pursue my claims of unpaid overtime during the time that I worked with the company.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act, and I consent to be bound by the Court's decision.

3. I designate the law firms and attorneys at JOSEPHSON DUNLAP, and BRUCKNER BURCH PLLC, as my attorneys to prosecute my wage claims.

4. I consent to having Plaintiffs and their Counsel make all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, releasing of claims, entering into an agreement with Counsel regarding attorneys' fees and costs, and all other matters pertaining to the Lawsuit. I agree to be bound by all such decisions as if they were my own.

5. If needed, I authorize the Plaintiffs' lawyers to use this consent to re-file my claim in a separate lawsuit or arbitration against ProDirectional.

Signature:______________________________ Date Signed: ___________________________

**Please print or type the following information, which will be kept confidential:**

| | |
|---|---|
| ______________________________ Address | ______________________________ City/State/Zip |
| ______________________________ Home Telephone Number | ______________________________ Cell Phone Number |
| ______________________________ E-mail Address | ______________________________ Estimated Dates of Employment |
| ______________________________ Position(s) Held with ProDirectional | ______________________________ Location(s) Worked for ProDirectional |

**RETURN THIS FORM BY MAIL, EMAIL, OR FAX TO:**

**Overtime Lawsuit Against ProDirectional Enterprises**
**JOSEPHSON DUNLAP**
**11 Greenway Plaza, Suite 3050**
**Houston, Texas 77046**
**Telephone: 713-352-1100 · Fax: (713) 352-3300**
**E-mail: info@mybackwages.com**

**E-MAIL/TEXT MESSAGE TO POTENTIAL CLASS MEMBERS**

| | |
|---|---|
| **[***Subject line for email only***]** | **Notice of unpaid overtime collective action lawsuit against Professional Directional Enterprises** |

Dear ProDirectional Directional Driller:

Attached is a Court-authorized Notice regarding a collective action lawsuit that has been filed against Professional Directional. This lawsuit alleges directional drillers were not paid overtime compensation as required by a federal law known as the Fair Labor Standards Act (FLSA).

Personnel records indicate you are eligible to participate in this lawsuit to attempt to recover unpaid overtime wages and your rights may be affected by its outcome. The attached Notice explains the steps you need to take to join. You can review and sign the forms to join the case here. «hyperlink». If you do not wish to join the lawsuit, you need not take any action.

If you have any questions, please feel free to contact me at «phone» or by e-mail at «email».

«Signature Block»

## PROPOSED TELEPHONE SCRIPTS FOR UNDELIVERABLE MAIL

### LIVE CALLS

Hello, my name is __________ and I work for Josephson Dunlap. I am calling to confirm that you received the that you received the notice regarding the unpaid overtime lawsuit against Professional Directional, on behalf of their directional drillers.

We already sent you notice regarding your potential claims under this lawsuit, but you may not have received it. Have you received this notice by mail and/or e-mail?

**If yes:** Thank you, glad to confirm. Have a great day.

**If no:** We'll have to resend this to you. Would you prefer we mail, email, or fax? Please provide the best contact info for us to send. This information will only be used to send you a copy of the notice. Thank you, have a good day.

**If potential class member asks what the case is about:** Per the court order here, I cannot discuss the case with you until after you receive the notice. The notice that will be sent to you will provide information regarding the case. If you have additional questions, the notice explains your options for obtaining additional information. Thanks for your patience.

### MESSAGES (VOICEMAIL OR OTHER)

Hello. This message is for «Name of Potential Class Member». My name is______and I work for Josephson Dunlap. I'm calling to confirm that you received the notice regarding the unpaid overtime lawsuit against Professional Directional. This lawsuit is on behalf of directional drillers who were not paid overtime

We already sent you notice regarding your potential claims under this lawsuit, but you may not have received it. If you have not received the notice, please call Josephson Dunlap at 713-352-1100 between 8:30 and 5:30 Central, Monday-Friday and share your current contract information so this notice can be resent. Any information you provide will only be used to send you the notice. Thank you and have a good day.