**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| JIM SNODDY, individually and on behalf of all others similarly situated,<br><br>vs.<br><br>PROFESSIONAL DIRECTIONAL ENTERPRISES, INC. | DOCKET NO. 4:22-CV-01935<br><br>JURY TRIAL DEMANDED<br><br>COLLECTIVE & CLASS ACTION |

**NOTICE OF FILING NOTICES OF CONSENT**

Plaintiff hereby submits the attached notices of consent:

1. Mangum, Kenneth

Respectfully submitted,

By: */s/ Michael A. Josephson*

**Michael A. Josephson**
Texas Bar No. 24014780
**Andrew W. Dunlap**
Texas Bar No. 24078444
**Alyssa J. White**
Texas Bar No. 24073014
**JOSEPHSON DUNLAP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
713-352-1100 – Telephone
713-352-3300 – Facsimile
mjosephson@mybackwages.com
adunlap@mybackwages.com
awhite@mybackwages.com

**AND**

**Richard J. (Rex) Burch**
Texas Bar No. 24001807
**BRUCKNER BURCH, PLLC**
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
713-877-8788 – Telephone
713-877-8065 – Facsimile
rburch@brucknerburch.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served by ECF electronic filing on all known parties on this the 19th day of April 2023.

*/s/ Michael A. Josephson*
**Michael A. Josephson**