# CONSENT TO JOIN LAWSUIT AGAINST PROFESSIONAL DIRECTIONAL ENTERPRISES

Printed Name: KENNETH MANGUM

1. I hereby consent join the collective action lawsuit *Snoddy v. Professional Directional* to pursue my claims of unpaid overtime during the time that I worked with the company.
2. I understand that this lawsuit is brought under the Fair Labor Standards Act, and I consent to be bound by the Court's decision.
3. I designate the law firms and attorneys at JOSEPHSON DUNLAP, and BRUCKNER BURCH PLLC, as my attorneys to prosecute my wage claims.
4. I consent to having Plaintiffs and their Counsel make all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, releasing of claims, entering into an agreement with Counsel regarding attorneys' fees and costs, and all other matters pertaining to the Lawsuit. I agree to be bound by all such decisions as if they were my own.
5. If needed, I authorize the Plaintiffs' lawyers to use this consent to re-file my claim in a separate lawsuit or arbitration against ProDirectional.

Signature: Kenneth Mangum Date Signed: April 18, 2023