**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

**Jim Snoddy, individually and on behalf of all others similarly situated,**

Plaintiff;

v.

**Professional Directional Enterprises, Inc.,**

Defendant.

Civil Action No.: 4:22-cv-01935

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiffs Jim Snoddy, Hagen Farmer, Roy Colbert, William Deel, Chris Harris, Kenneth Mangum, Michael Moore, Mathew Sabin, Mark Naron and Defendant Professional Directional Enterprises, Inc. (together, the "Parties") submit this Stipulation of Dismissal With Prejudice under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and would respectfully show the Court the following:

1. Plaintiff Jim Snoddy filed his Original Complaint on August 13, 2021. (Doc. No. 1.)

2. Plaintiffs Farmer, Colbert, Deel, Harris, Mangum, Moore, Sabin, and Naron joined this action as opt-in plaintiffs. There are no other plaintiffs in this action.

3. This case is not governed by any federal statute that requires a court order for dismissal of the case.

4. Plaintiffs have not previously dismissed any federal- or state-court suit based on or including the same claims as those asserted in this case.

5. This dismissal is with prejudice.

6. This dismissal is signed by all parties who have appeared.

7. All costs and fees accrued to date shall be borne by the party incurring the same.

Respectfully submitted,

*/s/ Corey E. Devine*
Corey E. Devine
State Bar No. 240553399
cdevine@muskatdevine.com
Mariah O. Berry
State Bar No. 24109643
mberry@muskatdevine.com
**MUSKAT DEVINE LLP**
1201 Louisiana Street, Suite 850
Houston, Texas 77002
Telephone: 713.987.7850
Fax: 713.987.7854

**Counsel for Defendant**

By: *Michael A. Josephson*
Michael A. Josephson
Texas Bar No. 24014780
mjosephson@mybackwages.com
Andrew W. Dunlap
Texas Bar No. 24078444
adunlap@mybackwages.com
**JOSEPHSON DUNLAP LLP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
713-352-1100 – Telephone
713-352-3300 – Facsimile

Richard J. (Rex) Burch
Texas Bar No. 24001807
**BRUCKNER BURCH LLP**
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
713-877-8788 – Telephone
713-877-8065 – Facsimile
rburch@brucknerburch.com

**Counsel for Plaintiffs**