Case 4:22-cv-01935   Document 35   Filed on 11/27/23 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
November 27, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **Jim Snoddy, individually and on behalf of all others similarly situated,**<br><br>Plaintiff;<br><br>v.<br><br>**Professional Directional Enterprises, Inc.,**<br><br>Defendant. | Civil Action No.: 4:22-cv-01935 |

ORDER GRANTING
**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiffs Jim Snoddy, Hagen Farmer, Roy Colbert, William Deel, Chris Harris, Kenneth Mangum, Michael Moore, Mathew Sabin, Mark Naron and Defendant Professional Directional Enterprises, Inc. (together, the "Parties") submit this Stipulation of Dismissal With Prejudice under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and would respectfully show the Court the following:

1. Plaintiff Jim Snoddy filed his Original Complaint on August 13, 2021. (Doc. No. 1.)

2. Plaintiffs Farmer, Colbert, Deel, Harris, Mangum, Moore, Sabin, and Naron joined this action as opt-in plaintiffs. There are no other plaintiffs in this action.

3. This case is not governed by any federal statute that requires a court order for dismissal of the case.

4. Plaintiffs have not previously dismissed any federal- or state-court suit based on or including the same claims as those asserted in this case.

5. This dismissal is with prejudice.

6. This dismissal is signed by all parties who have appeared.

7. All costs and fees accrued to date shall be borne by the party incurring the same.

Respectfully submitted,

| | |
|---|---|
| */s/ Corey E. Devine* | By: *Michael A. Josephson* |
| Corey E. Devine | Michael A. Josephson |
| State Bar No. 240553399 | Texas Bar No. 24014780 |
| cdevine@muskatdevine.com | mjosephson@mybackwages.com |
| Mariah O. Berry | Andrew W. Dunlap |
| State Bar No. 24109643 | Texas Bar No. 24078444 |
| mberry@muskatdevine.com | adunlap@mybackwages.com |
| **MUSKAT DEVINE LLP** | **JOSEPHSON DUNLAP LLP** |
| 1201 Louisiana Street, Suite 850 | 11 Greenway Plaza, Suite 3050 |
| Houston, Texas 77002 | Houston, Texas 77046 |
| Telephone: 713.987.7850 | 713-352-1100 – Telephone |
| Fax: 713.987.7854 | 713-352-3300 – Facsimile |
| | |
| **Counsel for Defendant** | Richard J. (Rex) Burch |
| | Texas Bar No. 24001807 |
| | **BRUCKNER BURCH LLP** |
| | 11 Greenway Plaza, Suite 3025 |
| | Houston, Texas 77046 |
| | 713-877-8788 – Telephone |
| | 713-877-8065 – Facsimile |
| | rburch@brucknerburch.com |
| | |
| | **Counsel for Plaintiffs** |

IT IS SO ORDERED on this 27th day of November, 2023.

_____
**GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE**